NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SENSORMATIC ELECTRONICS, LLC,**

*Plaintiff-Appellant*

**v.**

**GENETEC (USA) INC., GENETEC, INC.,**

*Defendants-Cross-Appellants*

---

2024-1752, 2024-1819

---

Appeal from the United States District Court for the District of Delaware in No. 1:20-cv-00760-GBW, Judge Gregory Brian Williams.

---

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    SENSORMATIC ELECTRONICS, LLC v. GENETEC (USA) INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

July 30, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** July 30, 2024